78,165-02

# IN THE COURT OF CRIMINAL APPEALS AUSTIN, TEXAS
## WRIT NO. WR-78,165-02  CHADRICK B. PATE

Clerk of The Texas Court of
Criminal Appeals Austin, Texas
201 West 14th Street
Austin, Texas 78701

DATE: 6/12/15
FILE IN WRIT FILE
BY: _____

Nema Bardin
P O Box 772
Austin, Texas 78767
512-487-0197
bardinnema@yahoo.com

Re: "Emergency Motion for Leave to File" in previously filed Original and Amended Emergency Habeas Corpus Writ No. WR-78,165-02

Dear Mr. Acosta,

Please find enclosed the "Emergency Motion for Leave to File" in previously filed Writs pursuant to WR-78,165-02. Please file this Motion right away as it is time sensitive.

Nema Bardin
Petitioner
P O Box 772
Austin, Texas 78767
512-487-0197
bardinnema@yahoo.com

6-9-2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 09 2015

Abel Acosta, Clerk

1.

IN THE COURT OF CRIMINAL APPEALS AUSTIN, TEXAS

WRIT NO. WR-78,165-02

PETITIONER PRO SE
NEMA BARDIN
P.O. BOX 772
AUSTIN, TEXAS 78767
512-487-0197
bardinnema@yahoo.com


EX PARTE                                         FROM CAUSE NO. A-08-5080-4CR
CHADRICK B PATE  TDCJ #01563340                  THE DISTRICT COURT 36TH JUDICAL
APPLICANT REALTOR                                DISTRICT ARANSAS COUNTY, TEXAS

        VS..
JANNA K. WHATELY TRIAL JUDGE
STATE OF TEXAS
DIRECTOR OF TEXAS DEPT.
CRIMINAL JUSTICE

TABLE OF CONTENTS
EMERGENCY MOTION FOR LEAVE TO FILE

IN PREVIOUSLY FILED ORIGINAL WRIT OF HABEAS CORPUS WR-78,165-02 AND
EMERGENCY APPLICATION FOR ORIGINAL WRIT OF HABEAS CORPUS AND  BAIL
SEEKING RELIEF FROM  A VOID FINAL JUDGMENT AND CONVICTION  IN CAUSE NO.
A-08-5080-4CR.

TABLE OF CONTENTS 2 pages

LETTER TO CLERK OF THE COURT 1 page

COVER SHEET 1 page

EMERGENCY MOTION FOR LEAVE TO FILE 4 pages

JURISDICTION  PAGE  2

PROCEDURAL HISTORY PAGE 2

REASON TO FILE AS EMERGENCY PAGE 3

ADEQUATE REMEDY          PAGE  3

1.

**TABLE OF CONTENTS CONTINUED PAGE 2**

**CONCLUSTION PAGE 4**

**PRAYER  PAGE 4**

**PROPROSED ORDER 1 page**

**CERTIFICATE OF SERVICE 2 pages**

**PETITIONER'S OATH 1 page**

IN THE COURT OF CRIMINAL APPEALS AUSTIN, TEXAS
WRIT NO. WR-78,165-02  CHADRICK B. PATE

Clerk of The Texas Court of
Criminal Appeals Austin, Texas
201 West 14th Street
Austin, Texas 78701

Nema Bardin
P O Box 772
Austin, Texas 78767
512-487-0197
bardinnema@yahoo.com

Re: "Emergency Motion for Leave to File" in previously filed Original and Amended Emergency
Habeas Corpus Writ No. WR-78,165-02

Dear Mr. Acosta,

Please find enclosed the "Emergency Motion for Leave to File" in previously filed Writs pursuant to
WR-78,165-02. Please file this Motion right away as it is time sensitive.

Nema Bardin
Petitioner
P O Box 772
Austin, Texas 78767
512-487-0197
bardinnema@yahoo.com

6-9-2015

I.

IN THE COURT OF CRIMINAL APPEALS AUSTIN, TEXAS

WRIT NO. WR-78,165-02

PETITIONER PRO SE
NEMA BARDIN
P.O. BOX 772
AUSTIN, TEXAS 78767
512-487-0197
bardinnema@yahoo.com


EX PARTE                                    FROM CAUSE NO. A-08-5080-4CR
CHADRICK B PATE  TDCJ #01563340             THE DISTRICT COURT 36TH JUDICAL
APPLICANT REALTOR                           DISTRICT ARANSAS COUNTY, TEXAS

      VS..
JANNA K. WHATELY TRIAL JUDGE
STATE OF TEXAS
DIRECTOR OF TEXAS DEPT.
CRIMINAL JUSTICE


## EMERGENCY MOTION FOR LEAVE TO FILE

IN PREVIOUSLY FILED ORIGINAL WRIT OF HABEAS CORPUS WR-78,165-02 AND
EMERGENCY APPLICATION FOR ORIGINAL WRIT OF HABEAS CORPUS AND  BAIL
SEEKING RELIEF FROM  A VOID FINAL JUDGMENT AND CONVICTION  IN CAUSE NO.
A-08-5080-4CR



COVER SHEET



1.

## IN THE COURT OF CRIMINAL APPEALS AUSTIN, TEXAS
## WRIT NO. WR-78,165-02

PETITIONER PRO SE
NEMA BARDIN
P.O. BOX 772
AUSTIN, TEXAS 78767
512-487-0197
bardinnema@yahoo.com

EX PARTE
CHADRICK B PATE  TDCJ #01563340
APPLICANT REALTOR

FROM CAUSE NO. A-08-5080-4CR
THE DISTRICT COURT 36TH JUDICAL
DISTRICT ARANSAS COUNTY, TEXAS

VS..
JANNA K. WHATELY TRIAL JUDGE
STATE OF TEXAS
DIRECTOR OF TEXAS DEPT.
CRIMINAL JUSTICE

### EMERGENCY MOTION FOR LEAVE TO FILE

**IN PREVIOUSLY FILED ORIGINAL WRIT OF HABEAS CORPUS WR-78,165-02 AND EMERGENCY APPLICATION FOR ORIGINAL WRIT OF HABEAS CORPUS AND BAIL SEEKING RELIEF FROM A VOID FINAL JUDGMENT AND CONVICTION IN CAUSE NO. A-08-5080-4CR**

PURSUANT TO ARTICLE V. SECTION 5 OF THE TEXAS CONSTITUTION AMENDMENTS 1, 5, 6. and 14 OF THE UNITED STATES CONSTITUTION TEXAS COMMON LAW AND INHERENT POWER VESTED IN THE TEXAS COURT OF CRIMINAL APPEALS

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COMES, Petitioner Nema Bardin on behalf of Applicant Chadrick B. Pate prisoner illegally confined at the Stiles Unit, Beaumont Texas pursuant to an illegal and void Judgment and Conviction and respectfully submits this **Emergency Motion** Under Trap Rule 72 **For Leave To File Original Writ Of Habeas Corpus in Cause No. WR-78,165-02 And Amended Emergency Application For Original Writ Of Habeas Corpus.**

1.

**And Motion for Temporary Relief for Bail Seeking Relief from Void Final Judgment and Conviction.**

## JURISDICTION

The Court of Criminal Appeals has Original Jurisdiction under Article V, Section Five of the Texas Constitution ,Amendments 1, 5, 6 and 14 of the United States Constitution, Texas Common Law, and this Courts Inherent Power. State v. Johnson, 821 S W 2d 609. 612 Tx. Crim. App. 1991, and Exparte Young 418 SW 2d 824,827 1968.

## PROCEDURAL HISTORY

The Original Writ of Habeas Corpus WR-78,165-02 lays out the procedural history before it's May 19th filing into this Honorable Court. Some of that history is included herein.

The Initial Halbeas Corpus filed pursuant to the Void Judgment in Trial Court Cause No. A-08-5080 -4CR 36th Judicial District Court Aransas County, Texas and made returnable to this court pursuant to Article 11.07 No. WR-78,165-01 received no "adjudication on the merits " by this court, and the trial court refused the Writ without findings or holding a hearing. On Dec. 5, 2014 Applicant Pate filed into the trial court a "Motion to Vacate Void Judgment" pursuant to Article 11.07 Jurisdiction. That court when they were asked stated that they filed the Motion but to date have not acknowledged the motion in any way. Applicant did amend that Motion on the 5th Day of January 2015 and asked numerous times for a decision between the the 5th day of December 2014, and the 5th day of January 2015.

Finally on May 18th because that court ignored the motion , Petitioner filed the above mentioned Writs and Motions into this Court. Applicant Pate deserved a "hearing" on the merits of his Initial 11.07 Writ and on his "Motion to Vacate Void Judgment" and was denied such hearing.

Petitioner filed ORIGINAL PROCEEDING in this Court Writ No. WR- 78,165-02 on May 19th, 2015

2.

and then AMENDED EMERGENCY HABEAS CORPUS WRIT (with bail request) filed on June 02, 2015.. Each filing was delivered by Petitioner in person to the Clerk of this Court. Petitioner is filling Pro Se, and unschooled in the law and did not realize that it was a required procedure that a "MOTION FOR LEAVE TO FILE" must accompany the "ORIGINAL WRIT OF HABEAS CORPUS". Petitioner is still not sure that she has interpreted Rule 72 as a necessary procedure but in an abundance of caution to avoid any procedural default files this " EMERGENCY MOTION FOR LEAVE TO FILE" incorporating this Motion with all other Writs and or Motions previously filed pursuant to Writ No. WR-78,165- 02, and Trial Court Cause NO. A-08-5080-4CR, CHADRICK B. PATE.

## REASON FOR FILING AS AN EMERGENCY

Because Petitioner failed to file this "Motion for Leave to File " may be the reason that the Original Writ has not been submitted to a Justice for a determination. Petitioner requests that this Motion and all Writs and Motions filed in this cause be submitted to a Justice on an Emergency basis and that a determination be made expeditiously. It has been 19 days since the Original Writ was filed with no action having been taken by this Court. While Petitioner understands that her inability to file the paperwork properly at times in this cause has probably delayed the submission to the Justices it makes Applicant Pates illegal incarceration no less important or illegal. Applicant Pate has been illegally incarcerated for more than 7 years and Petitioner has offered up the proof of his illegal incarceration, conviction and judgment by submitting the Trial Courts own Records . Any delay in making a determination on these matters only prolongs applicant's misery and allows the continuation of the abuse of Applicant's rights to "due process" and the right to his liberty. Petitioner contends that this Honorable Court has the power to **on it's own motion** or by suspending certain rules can grant the relief that Applicant deserves in a much more expedious way than the tedious and time consuming

3.

requirements of each and every procedure required by the Rules of Appellate Procedure, and specially in light of the Trial Court and State's illegal abuse of procedures used to convict Applicant of a crime he did not commit. Applicant believes that under normal circumstances that The Writ of Habeas Corpus is and expedient process for most prisoners, but the subject of these proceedings are not normal circumstances, these are Extraordinary Circumstances, and deserve Extraordinary Attention and Determinations.

## ADEQUATE REMEDY

This Court opined in Smith v. Flack 728 S W 2d : "In some cases, a remedy at law may technically exist; however, it may nevertheless be so uncertain, tedious, burdensome, slow, inconvenient, inappropriate or ineffective as to be deemed inadequate." *Id.*, 728 S.W.2d at 792. With this in mind Petitioner request that this Honorable Court will provide relief to Applicant in a way that allows it's authority to move expeditiously and finally. Applicant is aware that Mandamus might have also been a remedy that she could have applied for, but is unsure of that option being as expeditious as Habeas relief. If Mandamus is a more expeditions option, then perhaps this Honorable Court has the option of construing Petitioner's Writ as such.

## CONCLUSION

Because Pro Se Petitioner has brought a reasonable argument for good reason to grant "Motion for Leave to File" then this Honorable Court should do so in an expedious manner.

## PRAYER

Petitioner prays that this Honorable Court grant her Motion for Leave to File all documents in Writ Cause No. WR-78,165-02, and to grant any other relief that this Honorable Court has the authority to grant that Applicant is due and deserves.

4.

# IN THE COURT OF CRIMINAL APPEALS  AUSTIN, TEXAS

## WRIT  NO. WR-78,165-02

PETITIONER PRO SE
NEMA BARDIN
P.O. BOX 772
AUSTIN, TEXAS 78767
512-487-0197
bardinnema@yahoo.com


EX PARTE
CHADRICK B PATE  TDCJ #01563340
APPLICANT REALTOR

      VS.
JANNA K. WHATELY TRIAL JUDGE
STATE OF TEXAS
DIRECTOR OF TEXAS DEPT.
CRIMINAL JUSTICE

FROM CAUSE NO. A-08-5080-4CR
THE DISTRICT COURT 36TH JUDICAL
DISTRICT ARANSAS COUNTY, TEXAS

## ORDER

### EMERGENCY MOTION FOR LEAVE TO FILE

IN PREVIOUSLY FILED ORIGINAL WRIT OF HABEAS CORPUS WR-78,165-02 AND EMERGENCY APPLICATION FOR ORIGINAL WRIT OF HABEAS CORPUS AND  BAIL SEEKING RELIEF FROM  A VOID FINAL JUDGMENT AND CONVICTION  IN CAUSE NO. A-08-5080-4CR.

After considering the Emergency Motion for Leave to File by Petitioner in Writ No. WR-78,165-02,

and for good cause appearing, IT IS HEREBY ORDERED that said Motion is hereby GRANTED.

IT IS SO ORDERED.

Date: June _____ 2015

 

                            _____
                            Honorable Judge_____
                            Judge of The Texas Court of
                            Criminal Appeals

# CERTIFICATE OF SERVICE

## IN THE COURT OF CRIMINAL APPEALS AUSTIN, TEXAS

## WRIT NO. WR-78,165-02

PETITIONER PRO SE
NEMA BARDIN
P.O. BOX 772
AUSTIN, TEXAS 78767
512-487-0197
bardinnema@yahoo.com

| | |
|---|---|
| EX PARTE | FROM CAUSE NO. A-08-5080-4CR |
| CHADRICK B PATE  TDCJ #01563340 | THE DISTRICT COURT 36TH JUDICAL |
| APPLICANT REALTOR | DISTRICT ARANSAS COUNTY, TEXAS |

VS.
JANNA K. WHATELY TRIAL JUDGE
STATE OF TEXAS
DIRECTOR OF TEXAS DEPT.
CRIMINAL JUSTICE

## CERTIFICATE OF SERVICE

### EMERGENCY MOTION FOR LEAVE TO FILE

IN PREVIOUSLY FILED ORIGINAL WRIT OF HABEAS CORPUS WR-78,165-02 AND EMERGENCY APPLICATION FOR ORIGINAL WRIT OF HABEAS CORPUS AND BAIL SEEKING RELIEF FROM A VOID FINAL JUDGMENT AND CONVICTION IN CAUSE NO. A-08-5080-4CR.

I do hereby certify that a true copy of the above and foregoing "Emergency Motion for Leave to File" was mailed regular mail with the proper postage affixed on the 9th day of June, 2015 to the following parties, and a true original "Emergency Motion for Leave to File" was personally delivered by Petitioner to Clerk of The Texas Court of Criminal Appeals at 201 West 14th Street, Austin, Texas 78701.

### PARTIES

Aransas County District Clerk's Office
Pam Heard
301 North Live Oak
Rockport, Texas 78382

Office of the Aransas County District Attorney
301 North Live Oak Street
Rockport, Texas 78382

1.

Jana K. Whately Trial Judge
P O Box 700
Sinton, Texas 78797

Texas Department of Criminal Justice
TDJC Executive Director Brad Livingston
209 West 14th Street
5th Floor Price Daniel Bldg.
Austin, Texas 78701
512-463-9988

NEMA BARDIN
PETITIONER

2.

# IN THE COURT OF CRIMINAL APPEALS AUSTIN, TEXAS

## WRIT NO. WR-78,165-02

**PETITIONER PRO SE**
NEMA BARDIN
P.O. BOX 772
AUSTIN, TEXAS 78767
*512-487-0197*
bardinnema@yahoo.com

| | |
|---|---|
| EX PARTE | FROM CAUSE NO. A-08-5080-4CR |
| CHADRICK B PATE  TDCJ #01563340 | THE DISTRICT COURT 36TH JUDICAL |
| APPLICANT REALTOR | DISTRICT ARANSAS COUNTY, TEXAS |

VS..
JANNA K. WHATELY TRIAL JUDGE
STATE OF TEXAS
DIRECTOR OF TEXAS DEPT.
CRIMINAL JUSTICE

## PETITIONER'S OATH
## EMERGENCY MOTION FOR LEAVE TO FILE

IN PREVIOUSLY FILED ORIGINAL WRIT OF HABEAS CORPUS WR-78,165-02 AND EMERGENCY APPLICATION FOR ORIGINAL WRIT OF HABEAS CORPUS AND BAIL SEEKING RELIEF FROM A VOID FINAL JUDGMENT AND CONVICTION IN CAUSE NO. A-08-5080-4CR

STATE OF TEXAS
COUNTY OF TRAVIS

I **Nema Bardin,** being duly sworn, under oath says" I am the petitioner in this matter and I know the contents of the above "Emergency Motion For Leave To File", and according to my belief, the facts stated in the document are true.

_____
Nema Bardin Petitioner

Subscribed and Sworn To Before me on June 9th, 2015.

_____
NOTARY PUBLIC

N. A. CADENA
Notary Public, State of Texas
My Commission Expires
October 20, 2018

1.

## IN THE COURT OF CRIMINAL APPEALS AUSTIN, TEXAS
### WRIT NO. WR-78,165-02 CHADRICK B. PATE

Clerk of The Texas Court of
Criminal Appeals Austin, Texas
201 West 14th Street
Austin, Texas 78701

Nema Bardin
P O Box 772
Austin, Texas 78767
512-487-0197
bardinnema@yahoo.com

Re: Supplement To Original and Amended Emergency Habeas Corpus Proceedings in WR-78,-165-02
Chadrick B. Pate

Dear Mr. Acosta,

Please find enclosed " Supplement To Original and Amended Emergency Habeas Corpus Proceedings

that adds parties to the Writ and provides a Certificate of Service to all parties added to the

previously filled documents referenced above. It was a failure/oversight that I did not serve the parties,

as I was unsure of the proper procedure calling for service to these parties. Please file this Supplement

under WR-78, 165-02 immediately. All parties listed in the Supplement have now been served (See

enclosed Certificate of Service).

Thank You,

Nema Bardin
Petitioner
P O Box 772
Austin, Texas 78767
512-487-0197
bardinnema@yahoo.com
6-9-2015

# IN THE COURT OF CRIMINAL APPEALS AUSTIN, TEXAS

## WRIT NO. WR-78,165-02

PETITIONER PRO SE
NEMA BAR DIN
P.O. BOX 772
AUSTIN, TEXAS 78767
512-487-0197
bardinnema@yahoo.com

EX PARTE
CHADRICK B PATE TDCJ #01563340
APPLICANT REALTOR

FROM CAUSE NO. A-08-5080-4CR
THE DISTRICT COURT 36TH JUDICAL
DISTRICT ARANSAS COUNTY, TEXAS

VS.
JANNA K. WHATELY TRIAL JUDGE
STATE OF TEXAS
DIRECTOR OF TEXAS DEPT.
CRIMINAL JUSTICE

## TABLE OF CONTENTS

### SUPPLEMENT TO ORIGINAL and AMENDED EMERGENCY HABEAS CORPUS PROCEEDINGS IN WR-78,-165-02 CHADRICK B PATE

## TABLE OF CONTENTS

### LETTER TO CLERK

### COVER SHEET

### SUPPLEMENT TO ORIGINAL and AMENDED EMERGENCY HABEAS CORPUS PROCEEDINGS IN

### WR-78,-165-02 CHADRICK B. PATE

### LETTER TO CLERK REQUESTING ( ADD CERTIIFCATE OF SERVICE DOCUMENT TO ORIGINAL

### HABEAS FILED JUNE 02, 2015

### CERTIFICATE OF SERVICE SERVED ON ADDED PARTIES IN ORIGINAL WRIT FILED JUNE 02. 2015

### CERTI FICATE OF SERVICE ON SUPPLEMENT TO ORIGINAL AND AMENDED EMERGENCY

### HABEAS CORPUS

1.

IN THE COURT OF CRIMINAL APPEALS AUSTIN, TEXAS
WRIT NO. WR-78,165-02  CHADRICK B. PATE

Clerk of The Texas Court of
Criminal Appeals Austin, Texas
201 West 14th Street
Austin, Texas 78701

Nema Bardin
P O Box 772
Austin, Texas 78767
512-487-0197
bardinnema@yahoo.com

Re: Supplement To Original and Amended Emergency Habeas Corpus Proceedings in WR-78,-165-02
Chadrick B. Pate

Dear Mr. Acosta,

Please find enclosed " Supplement To Original and Amended Emergency Habeas Corpus Proceedings

that adds parties to the Writ and provides a Certificate of Service to all parties added to the

previously filled documents referenced above. It was a failure/oversight that I did not serve the parties,

as I was unsure of the proper procedure calling for service to these parties. Please file this Supplement

under WR-78, 165-02 immediately. All parties listed in the Supplement have now been served (See

enclosed Certificate of Service).

Thank You,

Nema Bardin
Petitioner
P O Box 772
Austin, Texas 78767
512-487-0197
bardinnema@yahoo.com
6-9-2015

r.

IN THE COURT OF CRIMINAL APPEALS  AUSTIN, TEXAS

WRIT  NO. WR-78,165-02

PETITIONER PRO SE
NEMA BARDIN
P.O. BOX 772
AUSTIN, TEXAS 78767
512-487-0197
bardinnema@yahoo.com


EX PARTE                                        FROM CAUSE NO. A-08-5080-4CR
CHADRICK B PATE  TDCJ #01563340                 THE DISTRICT COURT 36TH JUDICAL
APPLICANT REALTOR                               DISTRICT ARANSAS COUNTY, TEXAS

        VS.
JANNA K. WHATELY TRIAL JUDGE
STATE OF TEXAS
DIRECTOR OF TEXAS DEPT.
CRIMINAL JUSTICE

*SUPPLEMENT TO ORIGINAL and AMENDED EMERGENCY HABEAS CORPUS PROCEEDINGS IN*
*WR-78,-165-02 CHADRICK B. PATE*



<u>COVER SHEET</u>

# IN THE COURT OF CRIMINAL APPEALS AUSTIN, TEXAS

## WRIT NO. WR-78,165-02

PETITIONER PRO SE
NEMA BARDIN
P.O. BOX 772
AUSTIN, TEXAS 78767
512-487-0197
bardinnema@yahoo.com

| | |
|---|---|
| EX PARTE | FROM CAUSE NO. A-08-5080-4CR |
| CHADRICK B PATE  TDCJ #01563340 | THE DISTRICT COURT 36TH JUDICAL |
| APPLICANT REALTOR | DISTRICT ARANSAS COUNTY, TEXAS |

VS.
JANNA K. WHATELY TRIAL JUDGE
STATE OF TEXAS
DIRECTOR OF TEXAS DEPT.
CRIMINAL JUSTICE

## _SUPPLEMENT TO ORIGINAL and AMENDED EMERGENCY HABEAS CORPUS PROCEEDINGS IN WR-78,-165-02 CHADRICK B. PATE_

## TO THE HONORABLE JUDGE OF SAID COURT:

Now Comes, Petitioner Nema Bardin pro se on behalf of Applicant Chadrick B. Pate and respectfully submits this supplement to the Original and Amended Emergency Habeas Corpus filings in WR-78,165-02 Chadrick B. Pate.

The supplement is brought to add all named parties identified above and in the list that follows.

JANNA K. WHATELY TRIAL JUDGE
STATE OF TEXAS
DIRECTOR OF TEXAS DEPT.
CRIMINAL JUSTICE

Petitioner is unschooled in the proper procedures of the Honorable Court and while she is not sure she has interpreted the rules correctly for the rules of services, in an abundance of caution, she respectfully request this Court to allow her to add the parties in order that she does not abuse any procedures that would require the dismissal of the Writ for her failures. The Applicant deserves relief as he has been incarcerated for more than 7 years pursuant to an illegal conviction and judgment founded on Violations of his Constitutional Due Process Rights, Fraud on the Court by the Court, and for the Officer's of the Court Tampering with the Government/Court Record, in Cause A-08-5080-4CR Chadrick B. Pate, from the 36th Judaical District Court, Aransas County Texas.

Respectfully Submitted,

Nema Bardin
Petitioner pro se

|.

N THE COURT OF CRIMINAL APPEALS AUSTIN, TEXAS
WRIT NO. WR-78,165-02  CHADRICK B. PATE

Clerk of The Texas Court of
Criminal Appeals Austin, Texas
201 West 14th Street
Austin, Texas 78701

Nema Bardin
P O Box 772
Austin, Texas 78767
512-487-0197
bardinnema@yahoo.com

Re:WR-78,165-02 CHADRICK B. PATE  Certificate of Service  serving all parties added to Writ Proceedings WR-78,165-02.

Dear Mr. Acosta,

Please file the  enclosed Certificate of Service with the Writ WR-78,165-02 filed on June 02, 2015 .

Thank You,

Nema Bardin
Petitioner

6-9-2015

1.

# IN THE COURT OF CRIMINAL APPEALS AUSTIN, TEXAS

## WRIT NO. WR-78,165-02

PETITIONER PRO SE
NEMA BARDIN
P.O. BOX 772
AUSTIN, TEXAS 78767
bardinnema@yahoo.com

| | |
|---|---|
| EX PARTE | FROM CAUSE NO. A-08-5080-4CR |
| CHADRICK B PATE  TDCJ #01563340 | THE DISTRICT COURT 36TH JUDICAL |
| APPLICANT REALTOR | DISTRICT ARANSAS COUNTY, TEXAS |

VS.
JANNA K. WHATELY TRIAL JUDGE
STATE OF TEXAS
DIRECTOR OF TEXAS DEPT.
CRIMINAL JUSTICE

## CERTIFICATE OF SERVICE

I do hereby certify that a true copy of the following instruments Writ of Habeas Corpus WR-78,165-02, and Amended Emergency Writ of Habeas Corpus were sent regular mail to the following parties that have been added to these Original Habeas Corpus Proceedings. The copies were mailed on this 9th day of June with proper postage affixed to same.

Aransas County District Clerk's Office
Pam Heard
301 North Live Oak
Rockport, Texas 78382

Office of the Aransas County District Attorney
301 North Live Oak Street
Rockport, Texas 78382

Jana K. Whately Trial Judge
P O Box 700
Sinton, Texas 78797

Texas Department of Criminal Justice
TDJC Executive Director Brad Livingston
209 West 14th Street
5th Floor Price Daniel Bldg.
Austin, Texas 78701
512-463-9988

NEMA BARDIN
PETITIONER

# IN THE COURT OF CRIMINAL APPEALS AUSTIN, TEXAS

## WRIT NO. WR-78,165-02

PETITIONER PRO SE
NEMA BARDIN
P.O. BOX 772
AUSTIN, TEXAS 78767
512-487-0197
bardinnema@yahoo.com

| | |
|---|---|
| EX PARTIE | FROM CAUSE NO. A-08-5080-4CR |
| CHADRICK B PATE  TDCJ #01563340 | THE DISTRICT COURT 36TH JUDICAL |
| APPLICANT REALTOR | DISTRICT ARANSAS COUNTY, TEXAS |

VS..
JANNA K. WHATELY TRIAL JUDGE
STATE OF TEXAS
DIRECTOR OF TEXAS DEPT.
CRIMINAL JUSTICE

## CERTIFICATE OF SERVICE

## SUPPLEMENT TO ORIGINAL and AMENDED EMERGENCY HABEAS CORPUS PROCEEDINGS
### IN WR-78,165-02 CHADRICK B. PATE

I do hereby certify that a true copy of the above and foregoing "Supplement To Original Habeas Corpus Proceedings"
were mailed regular mail with the proper postage affixed on this 9th day of June 2015 to the following parties,

Aransas County District Clerk's Office
Pam Heard
301 North Live Oak
Rockport, Texas 78382

Office of the Aransas County District Attorney
301 North Live Oak Street
Rockport, Texas 78382

Jana K. Whately Trial Judge
P O Box 700
Sinton, Texas 78797

1.

**CERTIFICATE OF SERVICE** CONTINUED

Texas Department of Criminal Justice
TDJC Executive Director Brad Livingston
209 West 14th Street
5th Floor Price Daniel Bldg.
Austin, Texas 78701
512-463-9988

I do hereby certify that a true and original of the above and foregoing "Supplement To Original and Amended Emergency Habeas Corpus Proceedings" was personally hand delivered by me to the Clerk of The Texas Court of Criminal Appeals at 201 West 14th Street, Austin, Texas 78701, on the 9th day of June, 2015

Nema Bardin Petitioner

2.

Clerk of The Texas Court of
Criminal Appeals Austin, Texas
201 West 14th Street
Austin, Texas 78701

Nema Bardin
P O Box 772
Austin, Texas 78767
512-487-0197
bardinnema@yahoo.com

Re:WR-78,165-02 CHADRICK B. PATE  Certificate of Service  serving all parties added to Writ Proceedings WR-78,165-02.

Dear Mr. Acosta,

Please file the  enclosed Certificate of Service with the Writ WR-78,165-02 filed on June 02, 2015 .

Thank You,

Nema Bardin
Petitioner
6-9-2015

1.

IN THE COURT OF CRIMINAL APPEALS AUSTIN, TEXAS

WRIT NO. WR-78,165-02

PETITIONER PRO SE
NEMA BARDIN
P.O. BOX 772
AUSTIN, TEXAS 78767
bardinnema@yahoo.com

EX PARTE
CHADRICK B PATE  TDCJ #01563340
APPLICANT REALTOR

VS.
JANNA K. WHATELY TRIAL JUDGE
STATE OF TEXAS
DIRECTOR OF TEXAS DEPT.
CRIMINAL JUSTICE

FROM CAUSE NO. A-08-5080-4CR
THE DISTRICT COURT 36TH JUDICAL
DISTRICT ARANSAS COUNTY, TEXAS

CERTIFICATE OF SERVICE

I do hereby certify that a true copy of the following instruments Writ of Habeas Corpus WR-78,165-02, and Amended Emergency Writ of Habeas Corpus were sent regular mail to the following parties that have been added to these Original Habeas Corpus Proceedings. The copies were mailed on this 9th day of June with proper postage affixed to same.

Aransas County District Clerk's Office
Pam Heard
301 North Live Oak
Rockport, Texas 78382

Office of the Aransas County District Attorney
301 North Live Oak Street
Rockport, Texas 78382

Jana K. Whately Trial Judge
P O Box 700
Sinton, Texas 78797

Texas Department of Criminal Justice
TDJC Executive Director Brad Livingston
209 West 14th Street
5th Floor Price Daniel Bldg.
Austin, Texas 78701
512-463-9988

NEMA BARDIN
PETITIONER